RECEIVED

2011 MAR 11 P 2:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Robert Rubin

        Plaintiff,

v.

Air China Limited, et al.

        Defendant.

CASE NO. 5:10-cv-05110-LHK

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

George N. Tompkins Jr., whose business address and telephone number is

Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street, New York, NY 10017-5639
212-490-3000

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Air China Limited

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 16, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

United States District Court
For the Northern District of California