UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN,<br><br>                Plaintiff,<br>    v.<br><br>AIR CHINA LIMITED and UNITED AIRLINES, INC.,<br><br>                Defendants. | Case No.: 10-CV-05110-LHK<br><br>ORDER CONTINUING MOTION HEARING AND SETTING BRIEFING SCHEDULE |

Defendants noticed a motion for judgment on the pleadings to be heard on May 12, 2011. Due to the Court's schedule, the hearing on Defendants' motion is hereby continued to June 23, 2011 at 1:30 p.m. In addition, the Court sets the following briefing schedule:

    (1) Plaintiff's opposition brief is due May 5, 2011;

    (2) Defendants' reply is due May 23, 2011.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge