UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN, | Case No.: 10-CV-05110-LHK |
| Plaintiff, | ORDER GRANTING IN PART |
| v. | REQUEST TO EXTEND DEADLINES |
| AIR CHINA LIMITED and UNITED AIRLINES, INC., | |
| Defendants. | |

The parties filed a stipulation in which they requested an extension of the deadline for Plaintiff to file an amended complaint, as well as an extension of other deadlines in the case. The Court agrees that a brief extension of the schedule is warranted. Accordingly, the Court hereby modifies the case schedule as follows:

(1) Plaintiff shall file an amended complaint by August 1, 2011.

(2) The Case Management Conference shall be held on August 3, 2011, as scheduled.

(3) Fact discovery cut-off is August 8, 2011.

(4) Plaintiff may file a motion to compel with regard to Defendants' Responses to Plaintiff's Request for Documents, Set 1, by August 8, 2011.

(5) Dispositive motions shall be filed by August 15, 2011. Opposition briefs are due August 26, 2011. Replies are due September 1, 2011. Dispositive motions shall be heard on September 15, 2011, at 1:30 p.m.

1

Case No.: 10-CV-05110-LHK
ORDER GRANTING IN PART REQUEST TO EXTEND DEADLINES

1    (6) Pretrial conference date is October 12, 2011, at 2 p.m.

2    (7) Court trial date is October 17, 2011, at 9 a.m.

3    **IT IS SO ORDERED.**

5    Dated: July 21, 2011

_____
LUCY H. KOH
United States District Judge