| | |
|---|---|
| Robert C. Gebhardt (SBN 048965)<br>Amanpreet Kaur (SBN 271782)<br>WILSON, ELSER, MOSKOWITZ,<br>   EDELMAN & DICKER LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA  94105<br>Telephone:   (415) 433-0990<br>Facsimile:    (415) 434-1370<br>Email:          robert.gebhardt@wilsonelser.com<br>                    amanpreet.kaur@wilsonelser.com | *E-FILED 08-03-2011* |

George N. Tompkins, Jr. (*Admitted Pro Hac Vice*)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY  10017
Telephone:   (212) 490-3000
Facsimile:    (212) 490-3038
Email:          george.tompkinsjr@wilsonelser.com

James McManis (40958)
Matthew Schechter (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:          jmcmanis@mcmanislaw.com
                    mschechter@mcmanislaw.com

Attorneys for Defendants
AIR CHINA LIMITED and
UNITED AIRLINES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUBIN,<br><br>                                    Plaintiff,<br><br>         v.<br><br>AIR CHINA LIMITED and UNITED<br>AIRLINES INCORPORATED<br><br>                                    Defendant(s). | Case No.: 10-5110-LHK<br><br>**DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:  August 5, 2011<br>Time:  9:30 a.m.<br>Courtroom: 2 |

1

DEFENDANTS' REQUEST THAT THEY BE EXCUSED FROM APPEARING AT SETTLEMENT CONFERENCE
711545.1

Defendant Air China Limited ("Air China") and United Airlines Incorporated ("United") hereby request that they be excused from having to appear at the Settlement Conference scheduled before Magistrate Judge Lloyd on August 5, 2011 ("Settlement Conference") for the following reasons:

Attending the settlement conference would constitute significant hardship for Air China. All authorized Air China representatives are based in Beijing, China. There is a 15 hour time difference between California and China. As such, it will be half past midnight in Beijing, China at the time the settlement conference is scheduled to take place.

Pursuant to an indemnification agreement between United and Air China, Air China holds the exclusive authority to settle this matter as to both Air China and United. As such, United's presence at the Settlement Conference serves no purpose.

Counsel appearing on behalf of Defendants will arrive to the settlement conference having previously acquired full authority from Air China to meaningfully participate in the Settlement Conference, and to negotiate in good faith the settlement of the case as to both Air China and United.

For the foregoing reasons, Defendants respectfully request that they be excused from having to appear at the Settlement Conference.

Dated: July 26, 2011            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                By:  /s/ Amanpreet Kaur
                                     Robert C. Gebhardt
                                     Amanpreet Kaur
                                     Attorneys for Defendant
                                     AIR CHINA LIMITED and
                                     UNITED AIRLINES INCORPORATED

**ORDER**

IT IS SO ORDERED.   Air China shall, however, have an appropriate representative available by telephone for the duration of the conference.

Date: August 3, 2011

_____
Howard R. Lloyd
United States Magistrate Judge

3

DEFENDANTS' REQUEST THAT THEY BE EXCUSED FROM APPEARING AT SETTLEMENT CONFERENCE
711545.1