UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN, | Case No.: 10-CV-05110-LHK |
| Plaintiff, | |
| v. | AMENDED MINUTE ORDER AND CASE MANAGEMENT ORDER |
| AIR CHINA LIMITED and UNITED AIRLINES INCORPORATED, | |
| Defendants. | |

Clerk:  Martha Parker Brown       Plaintiff's Attorney:     Pro se
Reporter:  Lee-Anne Shortridge    Defendant's Attorneys:   James McManis
Length of hearing: 19 minutes

A Case Management Conference was held on: August 3, 2011 at 1:30 p.m.

ALTERNATIVE DISPUTE RESOLUTION: A settlement conference is set for August 5, 2011 at 9:30 a.m. with Magistrate Judge Lloyd.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

The schedule, as set by the Court's July 21, 2011 Order Granting in Part Request to Extend Deadlines, remains:

(1) Fact discovery cut-off is August 8, 2011.

(2) Plaintiff may file a motion to compel with regard to Defendants' Responses to Plaintiff's Request for Documents, Set 1, by August 8, 2011.

(3) Dispositive motions shall be filed by August 15, 2011.  Opposition briefs are due August 26, 2011.  Replies are due September 1, 2011.  Dispositive motions shall be heard on September 15, 2011, at 1:30 p.m.  Even if there are no dispositive motions filed, the Court will hold a Case Management Conference on September 15, 2011 at 1:30 p.m.

(4) Pretrial conference date is October 12, 2011, at 2 p.m.

(5) Court trial date is October 17, 2011, at 9 a.m.  Trial is set for one day.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05110-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER