UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN, | Case No.: 10-CV-05110-LHK |
| Plaintiff, | |
| v. | |
| AIR CHINA LIMITED and UNITED AIRLINES INCORPORATED, | ORDER SUGGESTING SETTLEMENT CONFERENCE |
| Defendants. | |

The Court understands that this matter raises important legal issues for each side. However, as the October 17, 2011 bench trial date approaches, the Court respectfully requests that the parties participate in a Settlement Conference with Magistrate Judge Joseph Spero. The original complaint in this case requested $4,233 in damages and was filed in Small Claims Court. After the removal of this case from Small Claims Court to the U.S. District Court, this Court issued two substantive orders and held two case management conferences. The parties have been extremely close to a resolution of this matter in the past. The Court urges the parties to take reasonable positions and attempt to resolve this case one more time before proceeding to trial. Accordingly, by Friday, August 26, 2011, the parties are ordered to inform the Court as to whether they will agree to a Settlement Conference with Judge Spero to be held before the October 17, 2011 trial date. If the parties agree, they shall contact Judge Spero's Chambers on August 26, 2011, to schedule a Settlement Conference as soon as possible.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05110-LHK
ORDER SUGGESTING SETTLEMENT CONFERENCE