UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN, ) | Case No.: 10-CV-05110-LHK |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER VACATING CASE |
| AIR CHINA LIMITED and UNITED ) | MANAGEMENT CONFERENCE |
| AIRLINES INCORPORATED, ) | |
| Defendants. ) | |

The Case Management Conference scheduled for September 15, 2011, is hereby VACATED. The Pretrial Conference and Bench Trial remain as set.

**IT IS SO ORDERED.**

Dated: September 13, 2011

_____
LUCY H. KOH
United States District Judge