UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AIR CHINA LIMITED and UNITED AIRLINES INCORPORATED,<br><br>　　　　　　Defendants. | Case No.: 10-CV-05110-LHK<br><br>ORDER COMPELLING COMPLIANCE WITH THE COURT'S CUIDELINES FOR FINAL PRETRIAL CONFERENCE IN BENCH TRIALS |

The Court's Guidelines for Final Pretrial Conference in Bench Trials Before District Judge Lucy H. Koh ("Guidelines") require "lead counsel who will try the case" to meet and confer "at least 21 days before the final Pretrial Conference" regarding, among other things, "Settlement of the Case." Guidelines 1. Plaintiff contends that the parties have failed to meet and confer as required by the Guidelines because Defendant's lead trial counsel claims to be unavailable and Defendants are unwilling to meet and confer about settling the case. ECF No. 72.

The original complaint in this case requested $4,233 in damages and was filed in Small Claims Court. After the removal of this case from Small Claims Court to the U.S. District Court, this Court issued two substantive orders and held two case management conferences. Not one, but two Magistrate Judges will have held settlement conferences in this case. Thus, the Court has devoted significant resources to this case and expects the parties to do the same. The Guidelines

require the parties' lead counsel to meet and confer 21 days prior to the final pretrial conference in order to narrow the issues and improve judicial efficiency.

Per the Guidelines, the parties are required to submit their Joint Pretrial Statement and Proposed Order 14 days before the Pretrial Conference. Thus, the parties are hereby ORDERED to meet and confer by 5 p.m. PST on Tuesday, September 27, 2011, if they have not done so already. Only those attorneys attending the meet and confer may serve as lead counsel at trial; attorneys failing to attend may not. The parties shall meet and confer with respect to settlement of the case, as required by the Guidelines.

If any party fails to comply with this order, or any other requirement of the Guidelines, the Court will issue an order to show cause why sanctions should not be imposed on that party.

**IT IS SO ORDERED.**

Dated: September 26, 2011

LUCY H. KOH
United States District Judge

Case No.: 10-CV-05110-LHK
ORDER COMPELLING COMPLIANCE WITH THE COURT'S CUIDELINES FOR FINAL PRETRIAL CONFERENCE IN BENCH TRIALS