UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT RUBIN, | Case No.: 10-CV-05110-LHK |
| Plaintiff, | |
| v. | |
| AIR CHINA LIMITED and UNITED AIRLINES INCORPORATED, | ORDER REQUESTING STATUS UPDATE |
| Defendants. | |

On October 3, 2011, the parties participated in a settlement conference with Magistrate Judge Spero that resulted in a settlement agreement on the record. ECF No. 79. The parties are hereby ORDERED to file a joint status update by 5:00 p.m. on October 5, 2011, informing the Court when they plan to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: October 4, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05110-LHK
ORDER REQUESTING STATUS UPDATE