UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT RUBIN, | ) | Case No.: 10-CV-05110-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| AIR CHINA LIMITED and UNITED AIRLINES INCORPORATED, | ) | ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE |
| Defendants. | ) | |

On October 5, 2011, the parties informed the Court that they intend to file their stipulation of dismissal no later than November 9, 2011. ECF No. 79. Accordingly, the final pretrial conference set for October 12, 2011, and trial date set for October 17, 2011, are VACATED. A case management conference is set for November 16, 2011. If the parties file their stipulation of dismissal by November 9, 2011, this case management conference will be vacated. Otherwise, the parties shall file a joint case management statement by November 9, 2011. and attend the November 16, 2011 case management conference. The Court will set a new trial date at the case management conference.

**IT IS SO ORDERED.**

Dated: October 6, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05110-LHK
ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE